**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 1:05c500155-001** |
| | ) | |
| Plaintiff, | ) | **JUDGE: JAMES S. GWIN** |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| **NATHANIEL THOMAS, III,** | ) | |
| | ) | |
| Defendant. | ) | |

This matter was heard on February 28, 2011, upon the request of the United States Pretrial and Probation Office for a finding that defendant has violated the conditions of his supervised release. Defendant was present and represented by Attorney Edward Bryan. The matter was earlier referred to Magistrate Judge Limbert to conduct all proceedings [Doc. 26], except sentencing, and to issue a Report and Recommendation. The Report and Recommendation [Doc. 31] was filed on February 9, 2011. No objections having been filed and counsel for both parties indicating in open Court that they had no objections, the Court adopted the Report and Recommendation of the Magistrate Judge. The Court found defendant had violated the conditions of supervision by illegally possessing marijuana.

The Court considered all factors in Sec. 3553 prior to sentencing. Defendant was committed to the Bureau of Prisons for a period of 7 months and granted credit for time served in federal custody on the instant violation. Upon defendant's release from incarceration the term of supervised release shall terminate.

Defendant remanded to custody of U.S. Marshal (Cleveland).

**IT IS SO ORDERED.**

Dated: February 28, 2011                              *s/    James S. Gwin*
                                                                               JAMES S. GWIN
                                                                               UNITED STATES DISTRICT JUDGE